IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO.  1:08 CR 481 |
| Plaintiff | : |
|  | : <u>ORDER</u> |
| -vs- | : |
| ANTHONY L. JERDINE, et al., | : |
| Defendants | : |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 19 November 2008, the government filed a 15 Count Indictment against 12 defendants alleging a conspiracy, pursuant to 18 U.S.C. 371, to commit certain offenses against the United States in violation of 18 U.S.C. 1344 & 2 (Bank Fraud) and 18 U.S.C. 1957 & 2 (Money Laundering).  (Doc. 1).  Defendant Anthony L. Jerdine ("Mr. Jerdine") is named in the Indictment in Counts 1, 2 & 3-9.  <u>Id</u>.

On 16 December 2008 Mr. Jerdine presumptively filed, in this criminal matter, a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241.  (Doc. 41).  The Office of the Clerk shall remove Mr. Jerdine's 16 December 2008 habeas filing (Doc. 41)  from this criminal case and open a new civil docket for that filing alone.

IT IS SO ORDERED.

                                         /s/Lesley Wells
                                         UNITED STATES DISTRICT JUDGE

Date: <u>14 January 2009</u>